STATE OF NEBRASKA, APPELLEE, V.
JAY E. BRUNA, APPELLANT.

721 N.W.2d 362

Filed September 22, 2006.   No. S-05-529.

Lawrence G. Whelan for appellant.

Jon Bruning, Attorney General, Kevin J. Slimp, and George R. Love for appellee.

WRIGHT, CONNOLLY, GERRARD, STEPHAN, McCORMACK, and MILLER-LERMAN, JJ.

PER CURIAM.

Having reviewed the briefs and record and having heard oral arguments, we conclude on further review that the decision of the Nebraska Court of Appeals in *State v. Bruna*, 14 Neb. App. 408, 710 N.W.2d 329 (2006), is correct and accordingly affirm the decision of the Court of Appeals.

AFFIRMED.

HENDRY, C.J., not participating.